Christopher Seidman (SBN 98884)
Harmon Seidman Bruss & Kerr, LLC
101 South Third Street, Suite 265
Grand Junction, Colorado 81501
Tel: (970) 245-9075
Fax: (970) 245-8086
E-mail: chris@harmonseidman.com

Amanda Bruss (SBN 44151)
Harmon Seidman Bruss & Kerr, LLC
8728 East 54th Place
Denver, CO 80238
Tel: (415) 271-5754
E-mail: amanda@harmonseidman.com

*Attorneys for Plaintiff* Fotohaus, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fotohaus, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>Proforma, Inc., PFG Ventures L.P., Proforma Solutions For Printing & Promotions/Becky Diltz; Proforma Meyer & Associates LLC; Graphic Printsource, Inc.; Proforma Premier Marketing; Proforma Albrecht & Co./ Bob Sanzenbacher; Kay Enterprises; Proforma 360 Branding/JKNA Ventures LLC; Direct Effect Solutions, LLC d/b/a Proforma Direct Effect; Surf City Promo, LLC; Professional Business Communication Solutions Inc. d/b/a Proforma Solutions; The Proforma Group Inc. d/b/a Proforma Hi-Rez; Wine Country Dry Goods LLC, d/b/a Proforma Wine Country; Print & Promotional Solutions, Inc. d/b/a Proforma SoCal; Proforma J.C.L. Print Associates, Inc.; Proforma Salant Marketing Group/Joslin Salant; Proforma Marketing Solutions / Brian Thomas; Pepper Promotions, Inc., d/b/a/ Proforma Pepper Promotions; Pacific Print And Promotions, LLC, d/b/a/ Proforma Pacific Graphics; Buscom Inc. d/b/a Proforma 24/7; Proforma Printing Plus/Patricia O'Neill; The MacKinnon Group, Inc.; Proforma One Marketing /Mike Goebel; Proforma Express Graphics / David | Case No. 18-1827<br><br>**COMPLAINT FOR:**<br><br>**(1) Copyright Infringement (17 U.S.C. § 501(b));**<br><br>**(2) Contributory Copyright Infringement (17 U.S.C. § 501(b)); and**<br><br>**(3) Violation of the Digital Millennium Copyright Act (17 U.S.C. § 1202(b))**<br><br>**DEMAND FOR JURY TRIAL** |

1

Anderson; Teamworkx LLC, d/b/a/ )
Teamworkx powered by Proforma; Proforma )
Apollo Group/Warren Kramer; Proforma )
/Janet Ancheta; Proforma Color Press/ )
David Schmaeling; and Does 1 – 20. )
)
                Defendants. )
)

## STATEMENT OF ACTION

Fotohaus, LLC, owner of the copyrights in the photograph, "Typing on a Laptop," brings this action for (1) direct and contributory copyright infringement and violation of the Digital Millennium Copyright Act ("DMCA") against PFG Ventures L.P. and Proforma, Inc., (collectively, "Proforma"); and (2) copyright infringement against: Proforma Solutions For Printing & Promotions/Becky Diltz; Proforma Meyer & Associates LLC; Graphic Printsource, Inc.; Proforma Premier Marketing; Proforma Albrecht & Co./Bob Sanzenbacher; Kay Enterprises; Proforma 360 Branding/JKNA Ventures LLC; Direct Effect Solutions, LLC d/b/a Proforma Direct Effect; Surf City Promo, LLC; Professional Business Communication Solutions Inc. d/b/a Proforma Solutions; The Proforma Group Inc. d/b/a Proforma Hi-Rez; Wine Country Dry Goods LLC, d/b/a Proforma Wine Country; Print & Promotional Solutions, Inc. d/b/a Proforma SoCal; Proforma J.C.L. Print Associates, Inc.; Proforma Salant Marketing Group/Joslin Salant; Proforma Marketing Solutions/Brian Thomas; Pepper Promotions, Inc., d/b/a/ Proforma Pepper Promotions; Pacific Print and Promotions, LLC, d/b/a/ Proforma Pacific Graphics; Buscom Inc. d/b/a Proforma 24/7; Proforma Printing Plus/Patricia O'Neill; The MacKinnon Group, Inc.; Proforma One Marketing/Mike Goebel; Proforma Express Graphics/David Anderson; Teamworkx LLC, d/b/a/ Teamworkx powered by Proforma; Proforma Apollo Group/Warren Kramer; Proforma/Janet Ancheta; Proforma Color Press / David Schmaeling; and Does 1 – 20, whose names have not yet been determined (collectively, "Franchisees").

## PARTIES

1.    Daniel Foster, author of "Typing on a Laptop," is a professional photographer residing in New York and Berlin. He is a member of both the Royal Photographic Society and

Professional Photographers of America.  He has been featured online and offline through various publications and organizations, including National Geographic, der Freitag, the World Wildlife Fund and Smithsonian magazine.

2. Fotohaus, LLC ("Fotohaus") is a limited liability company organized under the laws of the State of Florida, with its principal place of business located at 75 N. Woodward Ave. #80228, Tallahassee, Florida, 32313.  Daniel Foster is Fotohaus' sole member and manager.

3. Proforma, Inc. is a corporation incorporated under the laws of Ohio with a principal place of business at 8800 East Pleasant Valley Road, Cleveland, Ohio 44131.  On information and belief, Proforma, either directly or as General Partner of PFG Ventures, L.P. provides print and promotional products and services throughout the United States, including California, and in this district. On information and belief, Proforma, as General Partner of PFG Ventures, L.P., is involved in an enterprise comprised of over 600 offices supporting hundreds of members or franchisees throughout the United States, including in California and in this judicial district and providing more than 50,000 clients, franchisees and customers with global access to print materials and promotional merchandise through online support facilities.  Proforma also sells franchises offering these services throughout the United States, including in California.

4. Upon information and belief, Proforma Solutions For Printing & Promotions is a franchisee of Proforma owned by Becky Diltz, with its principal place of business at 3434 Truxtun Ave Suite 170, Bakersfield, California, 93301-5414.  Its website is located at http://bakersfield.proforma.com/Company.aspx.

5. Upon information and belief, Proforma Meyer & Associates LLC is a franchisee of Proforma organized under the laws of the state of California, with its principal place of business located at 5444 Clayton Road #E, Concord, California 94521.  Its website is located at http://petermeyer.proforma.com/Company.aspx.

6. Upon information and belief, Graphic Printsource, Inc. is a franchisee of Proforma incorporated in California, with its principal place of business located at 310 S. Maple Street Suite

C, Corona, California 92880.  Its website is located at http://graphicprintsource.proforma.com/Company.aspx

7. Upon information and belief, Proforma Premier Marketing is a franchisee of Proforma, with its principal place of business located at 24911 Summerwind, Dana Point CA 92629-1845.  Its website is located at http://premiermarketing.proforma.com/aboutus.aspx.

8. Upon information and belief, Proforma Albrecht & Co. is a franchisee of Proforma owned by Bob Sanzenbacher, with its principal place of business in Danville, California.  Its website is located at http://rjsanzenbacher.proforma.com/Company.aspx

9. Upon information and belief, Kay Enterprises is a franchisee of Proforma, with its principal place of business in Danville, California. Its website is located at https://kayenterprises.proforma.com/Company.aspx.

10. Upon information and belief, Proforma 360 Branding/JKNA Ventures LLC is a franchisee of Proforma, and a limited liability company organized under the laws of the State of California, with its principal place of business in Dublin, California.  Its website is located at http://360branding.proforma.com/Company.aspx.

11. Upon information and belief, Direct Effect Solutions, LLC d/b/a Proforma Direct Effect is a franchisee of Proforma, and a limited liability company organized under the laws of the State of California.  Its principal place of business is located at 1665 Arroyo Vista Way, El Dorado Hills, California 95762.  Its website is located at http://directeffect.proforma.com/Company.aspx.

12. Upon information and belief, Surf City Promo, LLC is a franchisee of Proforma, and Limited Liability Company organized under the laws of the State of California, with its principal place of business at 1718 Pine Street, Huntington Beach, California 92648.  Its website is located at http://surfcitypromo.proforma.com/Company.aspx.

13. Upon information and belief, Professional Business Communication Solutions Inc. d/b/a Proforma Solutions is a franchisee of Proforma incorporated in California, with its principal place of business located at 16152 Beach Boulevard, Suite 210, Huntington Beach, California 92647.  Its website is located at http://solutions.proforma.com/Company.aspx.

14. Upon information and belief, The Proforma Group Inc. d/b/a Proforma Hi-Rez is a franchisee of Proforma incorporated in California, with its principal place of business located at 23382 Madero, Suite F Mission Viejo, California 92691.  Its website is located at http://hirez.proforma.com/Company.aspx.

15. Upon information and belief, Wine Country Dry Goods LLC, d/b/a Proforma Wine Country is a franchisee of Proforma, and a limited liability company organized under the laws of the State of California, with its principal place of business in Napa, California.  Its website is located at http://winecountry.proforma.com/Company.aspx.

16. Upon information and belief, Print & Promotional Solutions, Inc. d/b/a Proforma SoCal is a franchisee of Proforma incorporated in California, with its principal place of business located at 331 Augusta Drive, Palm Desert, California 92211. Its website is located at http://socal.proforma.com/Company.aspx.

17. Upon information and belief, Proforma J.C.L. Print Associates, Inc. is a franchisee of Proforma incorporated in California, with its principal place of business located at 555 Peters Avenue, Suite 260A, Pleasanton, California 94566.  Its website is located at http://jclprint.proforma.com/Company.aspx.

18. Upon information and belief, Proforma Salant Marketing Group is a franchisee of Proforma owned by Joslin Salant, with its principal place of business in Redding, California.  Its website is located at http://salantmarketing.proforma.com/Company.aspx.

19. Upon information and belief, Proforma Marketing Solutions is a franchisee of Proforma owned by Brian Thomas, with its principal place of business located at 980 Hawthorne Circle, Rohnert Park, California 94928.  Its website is located at http://marketingsolutions.proforma.com/Company.aspx.

20. Upon information and belief, Pepper Promotions, Inc., d/b/a/ Proforma Pepper Promotions is a franchisee of Proforma incorporated in California, with its principal place of business located at 12067 Wooded Vista Lane, San Diego, California 92128.  Its website is located at http://pepperpromotions.proforma.com/Company.aspx.

21. Upon information and belief, Pacific Print And Promotions, LLC, d/b/a/ Proforma Pacific Graphics is a franchisee of Proforma, and a limited liability company organized under the laws of the State of California. Its principal place of business is located at 3830 Valley Centre Drive # 705, San Diego, California 92130. Its website is located at http://promoideas.proforma.com/Company.aspx.

22. Upon information and belief, Buscom Inc. d/b/a Proforma 24/7 is a franchisee of Proforma incorporated in California, with its principal place of business located at 3657 Texas Street, San Diego, California 92104. Its website is located at http://247.proforma.com/Company.aspx.

23. Upon information and belief, Proforma Printing Plus is a franchisee of Proforma owned by Patricia O'Neill, with its principal place of business at 25 Vasquez Avenue, San Francisco, California 94127. Its website is located at http://plus.proforma.com/Company.aspx

24. Upon information and belief, The MacKinnon Group, Inc. is a franchisee of Proforma incorporated in California, with its principal place of business located at 1239 Linda Vista Drive, San Marcos, California 92078. Its website is located at http://mackpackaging.proforma.com/Company.aspx.

25. Upon information and belief, Proforma One Marketing is a franchisee of Proforma owned by Mike Goebel, with its principal place of business at 11040 Bollinger Canyon Road, Suite E-843, San Ramon, California 94582. Its website is located at https://proformaone.proforma.com/Company.aspx.

26. Upon information and belief, Proforma Express Graphics is a franchisee of Proforma owned by David Anderson, with its principal place of business at 30211 Avenida de las Banderas, Suite 200, Rancho Santa Margarita, California 92688. Its website is located at http://expressgraphics.proforma.com/Company.aspx.

27. Upon information and belief, Teamworkx LLC, d/b/a/ Teamworkx powered by Proforma, is a franchisee of Proforma and a limited liability company organized under the laws of

the State of Florida, with offices in Melbourne, Florida and Santa Rosa, California. Its website is located at https://teamworkx.proforma.com/Company.aspx.

28. Upon information and belief, Proforma Apollo Group is a franchisee of Proforma owned by Warren Kramer, with its principal place of business at 2929 Westminster Avenue #2362, Seal Beach, California 90740. Its website is located at http://apollogroup.proforma.com/Company.aspx.

29. Upon information and belief, Proforma is a franchisee of Proforma owned by Janet Ancheta, with its principal place of business at 1407 Tennessee Street, Vallejo, California 94590. Its website is located at https://janetancheta.proforma.com/Company.aspx.

30. Upon information and belief, Proforma Color Press is a franchisee of Proforma owned by David Schmaeling, with its principal place of business at 1860 Eastman Ave., Unit #104, Ventura, California 93003. Its website is located at http://colorpress.proforma.com/Company.aspx.

**JURISDICTION**

31. This is an action for injunctive relief, statutory damages, monetary damages and interest arising under the Copyright Act, 17 U.S.C. §§ 101 *et seq.*, and the Digital Millennium Copyright Act, 17 U.S.C. §§ 1202 *et seq.* This Court has jurisdiction over the subject matter of this action pursuant to 28 United States Code §§ 1331 (federal question), 1338 (conferring original jurisdiction over claims arising under any act of Congress relating to copyrights), and 1367 (supplemental jurisdiction over related claims that are part of the same case or controversy).

**VENUE**

32. Venue is appropriate in this District pursuant to 28 U.S.C. §§ 1391(a) and (b) and 28 U.S.C. §§ 1400(a) because the Franchisees are all located in this District, and Proforma transmitted "Typing on a Laptop" to the Franchisees in this District, for further distribution and display here.

**FACTS COMMON TO ALL COUNTS**

33. Daniel Foster created the photograph, "Typing on a Laptop" depicted below:



34. "Typing on a Laptop" was registered with the United States Copyright Office on September 30, 2014, and assigned registration number VA 1-937-085.

35. Foster embeds his name, copyright status, and copyright year in all of his photographs, including "Typing on a Laptop."

36. Foster uploaded "Typing on a Laptop" to the website Flickr on August 31, 2014.

37. Foster transferred complete copyright ownership of "Typing on a Laptop" to Fotohaus, LLC by written agreement on March 8, 2017.

38. Sometime after August 31, 2014 and no later than August 18, 2017, Proforma and the Franchisees began to display "Typing on a Laptop" on their websites. Screenshots reflecting representative examples of these uses are attached hereto as Exhibit A. Each website placed promotional text "One Source for Brand Promotion" with the button, "Let's Talk" and a direct link to contact each franchisee (see attached) over the image.

39. Proforma and the Franchisees' use of "Typing on a Laptop" is ongoing. Fotohaus, LLC did not discover this use until August 18, 2017.

40. Upon information and belief, Proforma provided its franchisees with advertising and marketing materials, including website template incorporating, "Typing on a Laptop." *See* Exhibit B hereto, outlining the information and materials included in "The Proforma System."

41. Upon information and belief, Proforma intended that its Franchisees would use the template it provided to create their own websites, and further display "Typing on a Laptop" without

Mr. Foster's consent.

42. Upon information and belief, before distributing "Typing on a Laptop" to its Franchisees, Proforma overlaid text on top of the image, and removed Foster's embedded information, including his name and assertion of copyright ownership.

43. Upon information and belief, Proforma thereby enabled, induced, caused, facilitated and encouraged the Franchisees to infringe Foster's copyrights by displaying "Typing on a Laptop" on their business websites.

44. Upon information and belief, Proforma had the right and ability to control the Franchisees' use of content on their individual websites by virtue of the contractual relationship between Proforma and the Franchisees, and enabled, induced, caused, facilitated and encouraged their unauthorized reproduction and distribution of "Typing on a Laptop."

45. Upon information and belief, there are additional Proforma franchisees using Foster's photograph. Foster has exhausted all reasonable means of locating such uses, and cannot further identify them without discovery.

46. The exhibits attached hereto are incorporated into this Complaint by this reference.

## COUNT I

## COPYRIGHT INFRINGEMENT AGAINST PROFORMA AND FRANCHISEES

47. Fotohaus, LLC incorporates herein each and every allegation set forth in the paragraphs above.

48. Proforma and the Franchisees' copying and display of "Typing on a Laptop" constitutes copyright infringement violation of 17 U.S.C. §§ 501 *et. seq.*.

## COUNT II

## CONTRIBUTORY INFRINGEMENT AGAINST PROFORMA

49. Fotohaus, LLC incorporates herein each and every allegation set forth in the paragraphs above.

50. Proforma knew of the Franchisee's use of "Typing on a Laptop."

51. By transmitting the website template to the Franchisees, Proforma enabled, induced, caused, facilitated, encouraged and/or materially contributed to the Franchisees' unauthorized use of "Typing on a Laptop."

52. Fotohaus, LLC suffered damages as a result of the unauthorized uses of "Typing on a Laptop."

53. The foregoing acts of Proforma constitute contributory infringement of Foster's copyrights in "Typing on a Laptop" in violation of 17 U.S.C. §§ 501 *et. seq.*

## COUNT III

## VIOLATION OF THE DIGITAL MILLENNIUM COPYRIGHT ACT ("DMCA") AGAINST PROFORMA

54. Fotohaus, LLC incorporates herein by this reference each and every allegation set forth in the paragraphs above.

55. The foregoing acts of Proforma, including Proforma's unauthorized, intentional removal and/or alteration of copyright management information pertaining to "Typing on a Laptop" constitute one or more violations of the DMCA 17 U.S.C. §§ 1202 *et seq.*

56. Fotohaus, LLC suffered damages as a result of Proforma's unauthorized removal and/or alteration of copyright management information from, and subsequent distribution of, "Typing on a Laptop."

**WHEREFORE**, Fotohaus, LLC requests the following:

1. A permanent injunction against Proforma, the Franchisees, and anyone working in concert with them from copying, displaying, or distributing, "Typing on a Laptop."

3. An award of actual damages and all profits derived from the unauthorized use of "Typing on a Laptop," or, where applicable and at Foster's election, statutory damages.

4. An award of reasonable attorneys' fees.

5. An award of court costs, expert witness fees, interest and all other amounts authorized under law.

6. Such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Fotohaus, LLC demands a trial by jury of all issues permitted by law.

DATED: March 23, 2018

Plaintiff Fotohaus, LLC, by its attorneys,

*/s/ Amanda L. Bruss*
Amanda Bruss (SBN 44151)
Harmon Seidman Bruss & Kerr, LLC
8728 East 54th Place
Denver, CO 80238
Tel: (415) 271-5754
E-mail: amanda@harmonseidman.com

Christopher Seidman (SBN 98884)
Harmon Seidman Bruss & Kerr, LLC
101 South Third Street, Suite 265
Grand Junction, Colorado 81501
Tel: (970) 245-9075
Fax: (970) 245-8086
E-mail: chris@harmonseidman.com

*Attorneys for Plaintiff Fotohaus, LLC*